UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

DAVID DUARTE, *individually and on behalf of all others similarly situated*,

        Plaintiff,

   v.

NANO-X IMAGING LTD., RAN POLIAKINE, and ITZHAK MAAYAN,

        Defendants.
-------------------------------------------------------------------X

**ORDER**
20-CV-4528 (WFK) (MMH)

**WILLIAM F. KUNTZ, II, United States District Judge:**

    In light of the Court's grant of stipulated dismissal in the consolidated case 20-CV-4355 at ECF No. 95, the Court hereby DISMISSES the case brought in the above-captioned action. The Court respectfully directs the Clerk of Court to close the case.

SO ORDERED.

s/ WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: June 12, 2024
       Brooklyn, New York